# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dubina, Joel F. | U.S. Court of Appeals/11th Cir | 09/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge -- Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Post Office Box 867
Montgomery, AL 36101-0867

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dwight D. Opperman Foundation | 9/24/2012-9/26/2012 | Washington, D.C. | Panel to choose DeVitt Award Recipient | Room, food, airfare |
| 2. | Dwight D. Operman Foundation | 12/4/2012-12/6/2012 | Washington, D.C. | Attend DeVitt Award Ceremony | Room, food, airfare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. | | | | | | | | | |
| 2. COMMON STOCKS | | | | | | | | | |
| 3. Insignia Fini Group Inc. | A | Dividend | J | T | | | | | |
| 4. Torchmark Corp | A | Dividend | K | T | | | | | |
| 5. U. S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 6. Money Market Funds ▢ Sterne, Agee & Leach | A | Interest | J | T | | | | | |
| 7. 12.5% interest Investments Unlimited, an L.L.C. | D | Rent | P1 | W | | | | | See Section VIII. |
| 8. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 9. II. TRUSTS ASSETS #1 | | | | | | | | | |
| 10. Money Market Funds ▢ Sterne, Agee & Leach | B | Interest | K | T | | | | | |
| 11. University AL Huntsville (X) | B | Interest | L | T | | | | | |
| 12. Montgomery AL Tax CPN | B | Interest | L | T | | | | | |
| 13. General Electric | B | Dividend | K | T | Sold (part) | 12/31/12 | K | D | |
| 14. Torchmark Corp. | B | Dividend | M | T | Sold (part) | 4/5/12 | J | D | |
| 15. | | | | | Sold (part) | 7/23/12 | J | D | |
| 16. | | | | | Sold (part) | 12/31/12 | K | E | |
| 17. River Bank and Trust (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Huntsville, AL Warrants Series A | B | Interest | L | T | | | | | |
| 19. Irondale, AL Wts - Ser. D Ins. XLCA 4% | B | Interest | L | T | | | | | |
| 20. Intermediate Mun. Tr Sh Ben. Int. | C | Dividend | M | T | | | | | |
| 21. Opp, AL Wts FSA B/E Cpn | B | Interest | L | T | | | | | |
| 22. U.S. Treasury Bond 5/375% | C | Interest | L | T | | | | | |
| 23. U.S. Treasury Bond 7.25% | C | Interest | L | T | | | | | |
| 24. Altria Group Inc. | B | Dividend | K | T | Sold (part) | 7/23/12 | J | D | |
| 25. John Hancock Flexible Prem. Life Ins. | | None | L | U | | | | | |
| 26. Adobe Systems | | None | K | T | | | | | |
| 27. Freeport McMoran | A | Dividend | J | T | | | | | |
| 28. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 29. Novartis A G | A | Dividend | J | T | | | | | |
| 30. Priceline Com | | None | L | T | Sold (part) | 7/23/12 | J | D | |
| 31. IShares Trust S&P | B | Dividend | K | T | Sold (part) | 4/15/12 | J | A | |
| 32. Protective Life Corp. | A | Dividend | | | Sold | 12/31/12 | J | C | |
| 33. Equity Residential PPTYS | A | Dividend | | | Sold | 7/23/12 | K | D | |
| 34. Rent-A-Center | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Toronto Dominion Bank | A | Dividend | J | T | | | | | |
| 36.   Gartner, Inc. | | None | J | T | | | | | |
| 37.   Google, Inc. | | None | K | T | | | | | |
| 38.   Mosaic Company | A | Dividend | J | T | | | | | |
| 39.   JP Morgan USD Emerging MRKTS Bond | | None | | | Sold | 7/23/12 | J | A | |
| 40.   Apple Computer, Inc. | A | Dividend | J | T | | | | | |
| 41.   Amazon.Com, Inc. | | None | J | T | | | | | |
| 42.   Communications HLDGS | A | Dividend | | | Sold | 4/5/12 | J | | |
| 43.   Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 44.   IShares GSCI Commodity Index | | None | J | T | | | | | |
| 45.   IShares DJ Sel | A | Dividend | J | T | | | | | |
| 46.   Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy | 12/27/12 | J | | |
| 47.   Eaton Vance Floating-Rate Fund Class 1 | A | Dividend | K | T | Buy | 7/10/12 | K | | |
| 48.   Google Inc. CL A | | None | K | T | Buy | 7/23/12 | K | | |
| 49.   International Business Machines Corp. | A | Dividend | J | T | Buy | 4/15/12 | J | | |
| 50.   Qualcomm. Inc. | A | Dividend | J | T | Buy | 12/3/12 | J | | |
| 51.   SPDR Gold Trust | | None | K | T | Buy | 7/23/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 12/31/12 | J | | |
| 53. Vanguard GNMA Fund INV | A | Interest | K | T | Buy | 7/18/12 | K | | |
| 54. | | | | | Buy | 12/27/12 | K | | |
| 55.          HOLDINGS: | | | | | | | | | |
| 56. Money Market Funds          Sterne, Agee | D | Interest | N | T | | | | | |
| 57. Torchmark Corp. | B | Dividend | N | T | | | | | |
| 58. 56 TMK, United Inc. | A | Dividend | J | T | | | | | |
| 59. 12.5% interest Investments Unlimited, as L.L.C. | D | Rent | P1 | W | | | | | See Section VIII |
| 60. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 61. Hancey Mill Road Farm, L.L.C. | | None | M | R | | | | | See Section VIII |
| 62. General Electric Com. | A | Dividend | J | T | | | | | |
| 63. Fairhope, AL Utilities | A | Interest | J | T | Buy (add'l) | 1/24/12 | J | | |
| 64. Tuscaloosa, AL Warrant FSA B/E | A | Interest | K | T | | | | | |
| 65. Waddell & Reed | A | Dividend | J | T | | | | | |
| 66. Proshares Trust Powershares Ultrashort Real Estate | | None | J | T | Sold | 2/16/12 | J | A | |
| 67. Pimco FDS Total Retu FD CLA | A | Dividend | J | T | | | | | |
| 68. Powershares GloBale Trust Aggregate PFD Portfolio | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Birmingham, AL Spl CR FAC Fing Ath Children's Hospital | B | Interest | K | T | | | | | |
| 70. Southern Company | B | Interest | K | T | | | | | |
| 71. Huntsville AL RFDG & Cap Improvements WTS Ser A | | None | K | T | | | | | |
| 72. ALCOA Inc. | A | Dividend | J | | Buy | 03/07/12 | J | | |
| 73. Chesapeake Energy Corp. | A | Dividend | J | | Buy | 03/7/12 | J | | |
| 74. Univ. AL at B'ham Hosp. Rev RFDG | | None | K | | Buy | 03/22/12 | K | | |
| 75. Allergan Inc (X) | A | Dividend | | | Sold | 2/16/12 | J | | See Section VIII for lines |
| 76. Altria Group (X) | A | Dividend | K | T | | | | | 61-____ |
| 77. American Express COMRMT (X) | A | Dividend | J | T | | | | | |
| 78. Apple Inc. RMT (X) | | None | | | Sold | 2/16/12 | J | E | |
| 79. BCE INC NEW RMT (X) | | None | | | Sold | 2/16/12 | J | D | |
| 80. BP PRUDHOE BAY ROYALALMT TRUST (X) | B | Dividend | J | T | | | | | |
| 81. BAIDU INC RMT (X) | | None | | | Sold | 12/28/12 | J | | |
| 82. BRUKER CORP. RMT (X) | | None | | | Sold | 2/16/12 | J | D | |
| 83. CELGENE CORP (X) | | None | | | Sold | 2/16/12 | J | C | |
| 84. Companhia De Bebidasrmt Das Amers Ambev Spons (X) | | None | | | Sold | 2/16/12 | J | D | |
| 85. Darden Restaurants IRMT (X) | A | Dividend | | | Sold | 2/16/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Du Pont E.I.De Nemourmt & Co. (X) | A | Dividend | | | Sold | 2/16/12 | J | | |
| 87. Express Scripts Inc. RMT (X) | | None | J | T | | | | | |
| 88. Gartner Inc. RMT (X) | | None | | | Sold | 2/16/12 | J | | |
| 89. Genuine Parts Companrmt (X) | | None | | | Sold | 7/16/12 | K | | |
| 90. ISHARES Silver Trustrmt (X) | | None | J | T | Buy | 7/20/12 | J | | |
| 91. ISHARES Trust RMT S & P US PFD Stock Index Fund (X) | A | Dividend | J | T | | | | | |
| 92. MICROS Systems Inc RMT (X) | A | Dividend | | | Sold | 2/16/12 | J | B | |
| 93. Microchip Technology RMT (X) | | None | | | Sold | 2/16/12 | J | | |
| 94. Nike Inc Class B RMT (X) | | None | | | Sold | 2/16/12 | J | B | |
| 95. Novartis AG RMT Sponsored ADR (X) | A | Dividend | J | T | | | | | |
| 96. Praxair Inc. RMT (X) | A | Dividend | J | T | | | | | |
| 97. Priceline com Inc. Nermt (X) | | None | J | T | | | | | |
| 98. Sally Beauty Holdingrmt Inc. (X) | | None | | | Sold | 2/16/12 | K | D | |
| 99. SPDR Gold Trust RMT Gold Shares (X) | | None | K | T | | | | | |
| 100. TJX Companies Inc. NERMT (X) | A | Dividend | | | Sold | 2/16/12 | K | D | |
| 101. WD 40 Company RMT (X) | A | Dividend | | | Sold | 2/16/12 | J | B | |
| 102. Torchmark Corp RMT (X) | C | Dividend | N | T | Sold (part) | 7/3/12 | L | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. River Bank & Trust RMT (X) | A | Interest | K | T | | | | | |
| 104. Alabama Water Pollut EDP CTL AUTH CPN 4.000% Due 8/15/17 (X) | A | Interest | J | T | | | | | |
| 105. Arab AL Sewer Bd. EDP RFD SYNCORA OID @98.336 4.5% (X) | A | Interest | K | T | | | | | |
| 106. Birmingham Baptist AL. MD Ctr Spl Cure 6.125 cpn 5.875 (X) | A | Interest | K | T | | | | | |
| 107. Birmingham Baptist Med EDP AL Spl Care @96.947 CPN 5.000% | A | Interest | K | T | Buy | 3/6/12 | K | | |
| 108. B'ham AL SPL Childrens Hosp. OID @98.672 6.23 CPN 6.125 (X) | B | Interest | L | T | | | | | |
| 109. Clarke & Mobile Cnty AL Gas Dist. 4.375% | | None | K | T | Buy | 12/28/12 | K | | |
| 110. Madison Cnty Brd Ed Cap OID 96.801 4.7% CPN 4.500% | A | Dividend | K | T | | | | | |
| 111. B'ham AL WaterWEDP & Sewer Board 5.000% due 1/1/40 (X) | A | Interest | J | T | | | | | |
| 112. Alexander City AL RF WTS SER OID @98.889 3.16% CPN 3.000% | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 113. Elmore Cnty AL Pub E Coop Dist Pub Ed OID @98.506 3.45% | A | Interest | K | T | Buy | 1/24/12 | K | | |
| 114. Foley Al Pub Facs Co Dist Rev CPN 4.000% Due 9/1/19 | A | Interest | K | T | Buy | 1/24/12 | K | | |
| 115. Huntsville AL Hlth C Autho Ser B Rev 4.25% CPN 4.000% | A | Interest | K | T | Buy | 2/2/12 | K | | |
| 116. Huntsville AL Hlthcare Auth Rev Ser A 5.25% | | None | K | T | Buy | 12/4/12 | K | | |
| 117. Huntsville AL RFDG & EDP Improvement @97.712 4.27% | | None | K | T | Buy | 5/22/12 | K | | |
| 118. Huntsville AL HealthEDP Care OID @98.922 4.58% (X) | A | Interest | J | T | | | | | |
| 119. Madison Cnty AL Brd EDP Cap Outlay Cpn 5.000% Due 9/1/36 (X) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Madison Cnty AL Brd Edp Cap Outlay Rfdg OID @96.801 4.7% (X) | B | Interest | K | T | | | | | |
| 121. Opelika AL School Warrants SER A CPN 3.500% Due 10/1/20 | A | Int./Div. | K | T | Buy | 2/02/12 | K | | |
| 122. Opelika AL Public PAEDP Rec BD OID@98.009 4.75% (X) | A | Interest | J | T | | | | | |
| 123. Prattville AL Economedp Dev. OID @97.631 4.57% (X) | A | Interest | J | T | | | | | |
| 124. Russellville AL WTRW SWR BD REV OID@98.839 2.5% CPN 2.300% | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 125. Phenix City AL Warrant Ser A CPN 5.000% Due 1/1/17 | A | Interest | J | T | Buy | 1/24/12 | J | | |
| 126. Shelby Cnty AL Brd E Unref 10 mill CPN 4.000% due 2/1/18 | B | Interest | K | T | Buy | 1/24/12 | K | | |
| 127. Shelby Cnty AL Brd EEDP Cap Outlay SCH OID@97.921 4.43% (X) | A | Interest | K | T | | | | | |
| 128. Shelby Cnty AL Brd EEDP RFDG 10 Mill B/E CPN 5.0% due 2/1(X) | B | Interest | K | T | | | | | |
| 129. Trussville AL Warranedp Ser A CPN 5.000% Due 10/1/31(X) | A | Interest | J | T | | | | | |
| 130. Tuscaloosa AL WarranEDP AGM OID @99.03 4.1% (X) | A | Interest | J | T | | | | | |
| 131. Tuscaloosa AL WarranEDP OID 96.969 4.56% (X) | A | Interest | K | T | | | | | |
| 132. University of AL Ser A Birmingham Hosp. Rev OID @98.827 4.26 | B | Interest | K | T | Buy | 1/24/12 | K | | |
| 133. University AL AT EDP Bham Hosp CPN 5.000% due 9/1/36 | A | Interest | J | T | Buy | 3/22/12 | J | | |
| 134. AT&T Inc. (X) | A | Dividend | J | T | | | | | |
| 135. ALCOA Inc | A | Dividend | J | T | Buy | 3/7/12 | J | | |
| 136. Alliance Data Systems Corp. (X) | | None | | | Sold | 2/16/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dubina, Joel F. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Amgen Inc. (X) | B | Dividend | K | S | | | | | |
| 138. Barrick Gold Corp. | A | Dividend | K | T | Buy | 7/20/12 | K | | |
| 139. Chesapeake Energy Co (X) | A | Dividend | J | T | Buy | 3/7/12 | J | | |
| 140. Conoco Phillips EDP (X) | A | Dividend | K | T | | | | | |
| 141. First Trust Stragic High Income Fund (X) | A | Dividend | | | Sold | 2/16/12 | J | C | |
| 142. Ford Motor Co. (X) | A | Dividend | J | T | | | | | |
| 143. Frontier Communications Corp (X) | | None | | | Sold | 2/16/12 | J | A | |
| 144. General Electric ComeDP (X) | A | Dividend | J | T | | | | | |
| 145. Goldman Sachs Grap Inc. 5.95% | | None | K | T | Buy | 10/31/12 | K | | |
| 146. Invesco Van Kampen Dynamic Credit Opportunities Fund (X) | A | None | | | Sold | 2/16/12 | J | C | |
| 147. JOS A. Bank Clothiers EDP (X) | | None | | | Sold | 12/28/12 | K | | |
| 148. Linn Energy United P Representing United Liability Int. (X) | B | Dividend | K | T | | | | | |
| 149. Mosaic Company | A | Dividend | K | T | Buy | 8/23/12 | J | | |
| 150. | | | | | Buy | 10/5/12 | J | | |
| 151. Phillips 66 (X) | A | Dividend | J | T | | | | | |
| 152. Powershares Global ETF (X) | A | Dividend | K | T | | | | | |
| 153. Reynolds American (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Southern Copper Corp. (X_ | B | Dividend | J | T | | | | | |
| 155.  SPDR Gold Trust EDP Gold Shares | | None | J | T | Buy | 7/20/12 | J | | |
| 156.  Torchmark Capital Trust III Tr PFD 7.1% (X) | A | Interest | J | T | | | | | |
| 157.  Verizon Communications EDP Inc. (X) | A | Dividend | | | Sold | 8/22/12 | J | B | |
| 158. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 09/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.   Investments & Trusts.

No. 8 & 61.   Property located in Montgomery County, AL; Walton County, FL; Lowndes County, AL

No. 63.   Effective December 31, 2007, I gifted my interest in land in Montgomery County, equally [          ] . I formed an L.L.C. named "Hancey Mill Road Farm, L.L.C." My 50% interest in the land was deeded into Hancey Mill Road Farm, L.L.C. and then gifted to [          ] in equal shares. The total value of this property at the time it gifted was $790,000 to be equally shared [     ] . I filed a gift tax return showing this transfer on 4/15/08.

No. ___ through ___ : (X) These assets were inherited and put into a charitable account after settlement of [     ] estate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Joel F. Dubina**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544